JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUIS OCTAVIO GOMEZ TERCERO,

                    Petitioner,

          v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

                    Respondents.

Case No. 5:26-cv-01488-PD

**JUDGMENT**

          Pursuant to the Order Requiring Petitioner's Forthwith Release for Voluntary Departure to Guatemala, Dkt. No. 23, and Respondents' Status Report confirming Petitioner's release, Dkt. No. 24, IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 3, 2026

_Patricia Donahue_
_____
Patricia Donahue
United States Magistrate Judge